Martha Welliver, appellee, v. A. F. Cashmore, appellant. Gen. No. 7,409.

Action for breach of contract. Judgment for plaintiff. Appeal from the Circuit Court of McHenry county; the Hon. E. D. Shurt-

leff, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 27, 1925.

J. F. Casey, for appellant. V. S. Lumley, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.